# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, F.D. MITCHELL, T.J. STINSON**
Appellate Military Judges

**UNITED STATES OF AMERICA**

**v.**

**STEVEN R. SHEPHERD**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201300371**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 21 June 2013.
**Military Judge**: Maj Nicholas A. Martz, USMC.
**Convening Authority**: Commanding General, Command Element, II Marine Expeditionary Force, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation**: LtCol C.G. Tolar, USMC.
**For Appellant**: LCDR Brandon E. Boutelle, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**20 February 2014**

---

## OPINION OF THE COURT

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court




R.H. TROIDL
Clerk of Court